IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUORDALIS SANDERS,

    Plaintiff,

  v.

T. MOON, J. MUENCHOW,
K. TRENT, SGT. YORK, and
OFF. WALLS,

    Defendants.

Case No. 21-cv-94-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 9/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |